# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. MONIGAN, | NO. CV 14-0551-JVS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| RALPH M. DIAZ, WARDEN, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 19, 2015.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE